No. 2014-CI-08659
Appeal #04-14-00508-CV

RUDY MENDEZ
(plaintiff)
VS

CITY OF SAN ANTONIO
BUILDING STANDARD BOARD
(Defendant)

IN THE DISTRICT COURT

___166___ JUDICAL DISTRICT

BEXAR COUNTY, TEXAS

extension on the filling fees

Plaintiff, RUDY MENDEZ, party to this case files this notice;
I am asking for an extension on paying the court filing fees I have also file an appeal to reconsider my indulgens

This notice is being filed by Rudy Mendez.

Respectfully submitted

By;_____
Plaintiff
Rudy Mendez

No. 2014-CI-08659
Appeal #04-14-00508-CV

RUDY MENDEZ
(plaintiff)
    VS

IN THE DISTRICT COURT

166 JUDICAL DISTRICT

CITY OF SAN ANTONIO
BUILDING STANDARD BOARD
(Defendant)

BEXAR COUNTY, TEXAS

Plaintiff, RUDY MENDEZ, party to this case files this notice;

I have file a motion for reconsider on the above case, Due to the reason that I am not able to pay the court fees, and I do feel and believe that the appeal is good and that I do have proof.

This notice is being filed by Rudy Mendez.

Respectfully submitted

By; _____
Plaintiff
Rudy Mendez